■ In the Matter of MARIAN GRAY, Appellant, v CANISIUS COLLEGE OF BUFFALO, NEW YORK, INC., et al., Respondents. — Judgment unanimously affirmed, with costs, for reasons stated at Trial Term, Cook, J. (Appeal from judgment of Supreme Court, Erie County, Cook, J. — art 78.) Present — Callahan, J. P., Boomer, Green, O'Donnell and Schnepp, JJ.

■ In the Matter of RICHARD A. BUTLER, Individually and on Behalf of All Others Similarly Situated, Respondent, v JAMES D. GRIFFIN, as Mayor of the City of Buffalo, et al., Appellants. — Judgment unanimously affirmed, with costs, for reasons stated in memorandum at Special Term, Wolf, J. (Appeal from judgment of Supreme Court, Erie County, Wolf, J. — art 78.) Present — Callahan, J. P., Boomer, Green, O'Donnell and Schnepp, JJ. [124 Misc 2d 13.]

■ STATE DIVISION OF HUMAN RIGHTS on Complaint of MAUREEN McCARTHY, Petitioner, v INGERSOLL-RAND COMPANY, Respondent. — Determination unanimously confirmed and petition dismissed, without costs (see, State Div. of Human Rights v Ingersoll-Rand Co., 106 AD2d 917). (Proceeding pursuant to Executive Law § 298.) Present — Dillon, P. J., Callahan, Denman, Green and Schnepp, JJ.

■ In the Matter of DOUGLAS LEE, Appellant, v HAROLD J. SMITH, as Superintendent of Attica Correctional Facility, Respondent. — Judgment unanimously affirmed (see, Matter of Jermosen v Smith, 84 AD2d 932, lv denied 56 NY2d 711). (Appeal from judgment of Supreme Court, Wyoming County, Wolfgang, J. — art 78.) Present — Hancock, Jr., J. P., Doerr, Boomer, Green and O'Donnell, JJ.